IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| GUY JARRETT, | : | Case No. 1:22-cv-456 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| LARRY GREENE, *et al.*, | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 3)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 3), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 2) is **DENIED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND