IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| GUY JARRETT, | : | Case No. 1:22-cv-456 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| LARRY GREENE, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING ORDER AND REPORT AND RECOMMENDATIONS (Doc. 5)**

The Court has reviewed the Order and Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 5), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **ORDERS** the following:

1. The claims in Plaintiff's Complaint (Doc. 1), other than Plaintiff's Fourteenth Amendment substantive due process claim against Defendant Leasure in her individual capacity, are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted and because the claims seek monetary relief from a defendant who is immune from such relief. This includes Plaintiff's official capacity claims for damages, his remaining claims against

Defendant Leasure (as discussed in Section III.B of the Order and Report and Recommendation), and all the claims against Defendants Barney, Williams, Green, Hupka, and Oppy.

2. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that, for the reasons discussed within the Order and Report and Recommendations (Doc. 5), an appeal of this Order would not be taken in good faith. Therefore, Plaintiff is **DENIED** leave to appeal *in forma pauperis*. *See McGore v. Wriggleworth*, 11 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature: Matthew W. McFarland]*
JUDGE MATTHEW W. McFARLAND