IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| GUY JARRETT, | : | Case No. 1:22-cv-456 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| LARRY GREENE, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 13)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 13), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed, and the time for filing such objections under Federal Rule of Civil Procedure 72(b) has expired. Accordingly, after thorough review, the Court hereby **ADOPTS** the Report and Recommendations (Doc. 13) and **ORDERS** the following: Plaintiff's Motion for Leave to Reopen the Case (Doc. 11) is **DENIED**, and it is **CERTIFIED** that Plaintiff is **DENIED** leave to appeal this Order in forma pauperis pursuant to 28 U.S.C. § 1915(a).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND